901 A.2d 952

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. PETER N. TARDIBUONO, DEFENDANT–PETITIONER.

June 13, 2006.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division to supplement or amend its February 7, 2006, order by addressing defendant's argument on appeal that the trial court should have granted his motion to withdraw his guilty plea prior to sentencing.

Jurisdiction is otherwise retained.

901 A.2d 952

COMMUNITY HOSPITAL GROUP, INC., T/A JFK MEDICAL CENTER, PLAINTIFF–PETITIONER, v. BLUME GOLDFADEN BERKOWITZ DONNELLY FRIED & FORTE, P.C., AND CAROL L. FORTE, ESQ., DEFENDANTS–RESPONDENTS.

June 16, 2006.

ORDERED that the petition for certification is denied, and the matter is remanded to the trial court for further proceedings consistent with the opinion of Judge Coburn, which is reported at 384 *N.J.Super.* 251, 894 *A.*2d 702 (2006).